339

No. 62223.—Salzman & Klinger, Inc. v. United States, protests 388–K (A), etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

No. 62224.—Cohn Hall Marx Co. v. United States, protests 155239–K, 156504–K, and 156643–K (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics, valued at more than $5.50 per pound, bleached, similar in all material respects to those the subject of *United States* v. *C. M. Gourdon, Inc.* (43 C. C. P. A. 4, C. A. D. 601), the claim of the plaintiff was sustained.

No. 62225.—Baar & Beards, Inc., et al. v. United States, protests 282676–K, etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of silk articles of wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.